RHONDA L. NELSON (State Bar No. 116043)
rln@severson.com
JOEL C. SPANN (State Bar No. 277615)
jcs@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants,
APL MARITIME LTD,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| QUENTIN M. BROWN,<br><br>  Plaintiffs,<br><br>vs.<br><br>APL MARINE SERVICES LTD, YASIN BERBER, DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 4:22-cv-06999-DMR<br><br>**ORDER RE. JOINT STIPULATION TO CONTINUE SELECT DEADLINES TO TAKE ADDITIONAL DEPOSITIONS, EXCHANGE DOCUMENTS AND DISCLOSE EXPERT WITNESSES**<br><br>Filed concurrently with ORDER |

Based upon the parties' Joint Stipulation to Continue Select Deadlines to Take Additional Depositions, Exchange Documents and Disclose Expert Witnesses, and for good cause appearing, the Stipulation is GRANTED.

1. The March 12, 2024, deadline is extended for 60 days to May 15, 2024, to conclude depositions of parties (APL (30b6) and Berber), and witnesses who have been requested to give testimony.

2. The March 12, 2024, deadline is extended for 60 days to May 15, 2024, for Plaintiff and Defendants to disclose all initial experts and reports.

3. The March 26, 2024, deadline is extended for 60 days to May 27, 2024, for Plaintiff and Defendants to disclose all rebuttal experts and reports.

4. During this period, Defendants have agreed to produce additional documents requested by the Plaintiff, without waiving objections under the Federal and Local Rules. The number

1. of discovery requests and type of written discovery as agreed to by the parties in their e-mail dated March 8, 2024 at 9.11AM.

5. During this period, Plaintiffs have agreed to produce additional documents requested by the Defendants, without waiving objections under the Federal and Local Rules.

6. After expert witnesses are disclosed pursuant to R. 26, the parties will work with each other to notice their respective experts' depositions and produce their respective experts' file. The expert's depositions and expert discovery to be completed on or before June 15, 2024 (60 days from the current April 9, 2024, deadline).

7. The May 9, 2024, deadline to hear dispositive motions is extended to June 27, 2024.

8. All other deadlines, including the trial date of August 5, 2024, to remain in effect.

**IT IS SO ORDERED**

Dated: March  20 , 2024



_____
Chief Magistrate Judge Donna M. Ryu